```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 11867
   ALAN SUMERALL
   CHARLOTTE M SUMERALL                      CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9834    SSN XXX-XX-5226

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 03/31/2005 and was confirmed 05/11/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

    The case was dismissed after confirmation 11/21/2007.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          4529.66            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         1950.24            .00            .00
B-LINE LLC                UNSECURED         2787.46            .00            .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00             .00            .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY    NOT FILED             .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE   20433.14             .00       11843.97
WELLS FARGO AUTO FINANCE  SECURED         12625.00         1351.18        6761.37
WELLS FARGO AUTO FINANCE  UNSECURED        5983.92            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED            .00            .00
ACCOUNTS RECIEVABLE SERV  UNSECURED      NOT FILED            .00            .00
ARMOR SYSTEMS CORP        UNSECURED      NOT FILED            .00            .00
CAPITAL ONE               UNSECURED      NOT FILED            .00            .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE               UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED            .00            .00
CBUSA INC                 UNSECURED          73.75            .00            .00
RESURGENT ACQUISITION LL  UNSECURED        7089.51            .00            .00
CMI                       UNSECURED      NOT FILED            .00            .00
FINGERHUT                 UNSECURED      NOT FILED            .00            .00
MEDICAL PAYMENT DATA      UNSECURED      NOT FILED            .00            .00
MIDWEST BANK              UNSECURED        2670.98            .00            .00
MIDWEST PHYSICIAN GROUP   UNSECURED      NOT FILED            .00            .00
SEARS                     UNSECURED      NOT FILED            .00            .00
SEVENTH AVENUE            UNSECURED      NOT FILED            .00            .00
SHERMAN ACQUISITION       UNSECURED      NOT FILED            .00            .00
SPIEGEL                   UNSECURED      NOT FILED            .00            .00
ST JAMES RADIOLOGISTS     UNSECURED      NOT FILED            .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY      1,600.00                       1,600.00
TOM VAUGHN                TRUSTEE                                         1,193.48
DEBTOR REFUND             REFUND                                              .00

    Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 11867 ALAN SUMERALL & CHARLOTTE M SUMERALL
```

```
-------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  22,750.00

PRIORITY                                             .00
SECURED                                        18,605.34
    INTEREST                                    1,351.18
UNSECURED                                            .00
ADMINISTRATIVE                                  1,600.00
TRUSTEE COMPENSATION                            1,193.48
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                   22,750.00             22,750.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 02/27/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE










                           PAGE   2
       CASE NO. 05 B 11867 ALAN SUMERALL & CHARLOTTE M SUMERALL